UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Guidecraft Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-CV-01097-MRH |
| | ) | |
| v. | ) | |
| | ) | |
| GoPlus Corp, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)**

Plaintiff Guidecraft, Inc. and Defendants GoPlus Corp., Costzon, Inc., Costway.com, Inc, and Wei Wu, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned action, with prejudice, with each party bearing its own attorneys' fees and costs.


By: /s/ Richard W. James
   Richard W. James
   PA I.D. No. 80426
   rich@jamespatent.com

25 Churchill Road
Pittsburgh, PA 15235
Telephone: (412) 913-8305

*Attorneys for Plaintiff Guidecraft, Inc.*

By: /s/ Wynter L. Deagle
   Wynter L. Deagle
   CA I.D. No. 296501
   winter.deagle@troutman.com

Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6073

*Attorneys for Defendants GoPlus Corp., et al.*